**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 2:16-CR-174 |
| ) | |
| JEFFERY SIMS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Amended Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant Jeffery Sims (DE #174) filed on August 22, 2017. No objections have been filed to Magistrate Judge Martin's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Jeffery Sims, and **FINDS** the Defendant guilty of Counts 6 & 7 of the Second Superseding Indictment.[1]

This matter shall be set for sentencing via separate order.

**DATED: September 7, 2017**          /s/RUDY LOZANO, Judge
                                       **United States District Court**

---

[1] The original Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant Jeffery Sims (DE #144) is **STRICKEN**.